1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN J. SOTO,

          Plaintiff,

    v.

KERN COUNTY SHERIFF'S
DEPARTMENT, et al.,

          Defendants.

No.  1:20-cv-00754-DAD-JLT

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(Doc. No. 3)

Plaintiff is appearing pro se and seeking leave to proceed *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 24, 2020, the assigned magistrate judge screened plaintiff's complaint and issued findings and recommendations recommending that the complaint be dismissed without prejudice and plaintiff's motion to proceed *in forma pauperis* be denied.  (Doc. No. 3.)  The findings and recommendations were served on plaintiff and contained notice that objections were due within fourteen (14) days.  (*Id*. at 8.)  On July 15, 2020, the findings and recommendations that had been

/////
/////
/////

1

served to plaintiff's mailing address of record were returned to the court as "Undeliverable, Not in Custody."[1]  No objections have been filed to the pending findings and recommendations, and the deadline to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1.     The findings and recommendations dated June 24, 2020 (Doc. No. 3) are adopted in full;

2.     Plaintiff's complaint is dismissed without prejudice; and

3.     Plaintiff's motion to proceed *in forma pauperis* is denied.

IT IS SO ORDERED.

Dated:   __**October 28, 2020**__          _____
                                                        UNITED STATES DISTRICT JUDGE

---

[1]  Local Rule 183(b) provides that

> [a] party appearing *in propria persona* shall keep the Court and opposing parties advised as to his or her current address.  If mail directed to a plaintiff *in propria persona* by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

The court notes that it has been over sixty-three days since the findings and recommendations were returned on July 15, 2020, and plaintiff has not notified the court of a change of his address of record.

2